**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JEFFREY MENDOZA,  *Plaintiff* | § § § | |
| -vs- | § § | SA-20-CV-01281-XR |
| ENHANCED RECOVERY COMPANY, LLC,  *Defendant* | § § § § | |

**ORDER SETTING STATUS CONFERENCE**
**AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Thursday, July 08, 2021** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED this 8th day of June, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE